# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

GWENDOLYN JOHNSON,

      Plaintiff,

v.                                                         Case No. 8:22-cv-955-JRK

KILOLO KIJAKAZI,
Acting Commissioner of Social
Security,

      Defendant.
_____/

## O R D E R [1]

This cause is before the Court on Defendant's Unopposed Motion for Entry of Judgment with Remand (Doc. No. 24; "Motion"), filed February 22, 2023, that seeks to have this matter reversed and remanded to the Social Security Administration for further administrative proceedings. Motion at 1-2. Plaintiff has no objection to the Motion, see id. at 1, and such a disposition is clearly within the Court's authority, see Shalala v. Schaefer, 509 U.S. 292 (1993). Accordingly, it is

**ORDERED:**

1. Defendant's Unopposed Motion for Entry of Judgment with Remand (Doc. No. 24) is **GRANTED**.

---

[1] The parties consented to the exercise of jurisdiction by a United States Magistrate Judge. See Notice, Consent, and Reference of a Civil Action to a Magistrate Judge (Doc. No. 11), filed July 15, 2022; Reference Order (Doc. No. 14), entered July 22, 2022.

2. The Clerk of Court is directed to enter judgment **REVERSING AND REMANDING** this case pursuant to sentence four of 42 U.S.C. § 405(g) with the following instructions:

> Upon remand, the Administrative Law Judge will be instructed to offer Plaintiff an opportunity for a hearing, further evaluate the opinion evidence, further evaluate the residual functional capacity, obtain supplemental evidence from a vocational expert, and issue a new decision.

3. The Clerk is further directed to close the file.

**DONE AND ORDERED** in Jacksonville, Florida on March 29, 2023.

*James R. Klindt*
JAMES R. KLINDT
United States Magistrate Judge

kaw
Copies:
Counsel of Record